Frederick Hays *v.* County of Cumberland, Appellant

| 186 | 109 |
| d 29 SC | 122 |
| 186 | 109 |
| 35 SC | 585 |
| 36 SC | ⁴381 |

*Vagrants—Constable's fees—Act of May* 23, 1893.

Under the Act of May 23, 1893, P. L. 117, a constable is entitled to fees for the arrest and commitment of vagrants, and such fees are payable by the county.

The act of May 23, 1893, repealed all local and general laws relating to fees for the arrest and commitment of vagrants.

The local Act of April 21, 1866, P. L. 1099, relating to Cumberland county, was repealed by the Act of May 8, 1876, P. L. 154.

*Constitutional law—Arrest and commitment of vagrants—Act of May* 8, 1876.

The portion of the Act of May 8, 1876, P. L. 154, which requires constable's fees for the arrest and commitment of vagrants to be paid by the county, is constitutional.

Argued April 25, 1898. Appeal, No. 328, Jan. T., 1897, by defendant, from judgment of Superior Court, March T., 1897, No. 7, affirming judgment of C. P. Cumberland Co., Nov. T., 1895, No. 101, upon case stated. Before GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Appeal from the Superior Court.

The case is reported in 5 Pa. Superior Ct. 159, where the facts appear.

*Chester C. Bashore* and *R. W. Woods*, for appellant.

*George Edward Mills*, for appellee, was not heard.

PER CURIAM, May 9, 1898:

The judgment of the Superior Court is affirmed upon the opinion of that court reversing the judgment of the court below.

Judgment affirmed.